UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER DUARTE, | No. 2:14-cv-1868 GGH |
| Petitioner, | |
| v. | ORDER |
| SCOTT FRAUENHEM, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a disciplinary conviction issued by Folsom State Prison, located in the Sacramento Division of the Eastern District of California. He is confined at Pleasant Valley State Prison in Fresno County which lies within the jurisdiction of the Fresno division of this court.

Pursuant to 28 U.S.C. § 2241(d), a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 may be filed in the United States District Court of the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973). Petitioner is confined in the Fresno Division of the Eastern District, but was convicted in the Sacramento Division of the Eastern District. Jurisdiction over this petition thus exists in both the Sacramento and Fresno divisions. It is generally the practice of the district courts in California to transfer habeas actions challenging prison administrative hearings to the district in which the petitioner is confined. All

1

1  records, witnesses and evidence necessary for the resolution of petitioner's claims are more

2  readily available in that district.  See Braden, 410 U.S. at 497, 499 n. 15; Laue v. Nelson, 279

3  F.Supp. 265, 266 (N.D. Cal. 1968).  In this case, that district is the Fresno Division of the Eastern

4  District of California.

5        Accordingly, in the interest of justice, IT IS HEREBY ORDERED that:

6        1.  This action is transferred to the United States District Court for the Eastern District of

7  California sitting in Fresno; and

8        2.  All future filings shall reference the new Fresno case number assigned and shall be

9  filed at:

          United States District Court
10           Eastern District of California
          1130 "O" Street
11           Fresno, CA 93721

12

13  Dated: August 26, 2014

14                          /s/ Gregory G. Hollows

15                  UNITED STATES MAGISTRATE JUDGE

16  GGH:076/Duar1868.ven

17

18

19

20

21

22

23

24

25

26

27

28